NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPELLBOUND DEVELOPMENT GROUP, INC.,**
*Plaintiff-Appellee,*

**v.**

**PACIFIC HANDY CUTTER, INC.,** AND
**STANLEY BLACK & DECKER, INC.,**
*Defendants-Appellants,*

AND

**FRONT LINE SALES, INC.,**
*Defendant.*

---

2012-1573, -1574

---

Appeal from the United States District Court for the Central District of California in No. 09-CV-0951, Judge David O. Carter.

---

**JUDGMENT**

---

WILLIAM J. BROWN, JR., Brown, Wegner & Berliner, LLP, of Irvine, California, argued for plaintiff-appellee. With him on the brief was MATTHEW K. WEGNER. Of

counsel on the brief was ROBERT J. LAUSON, Lauson & Tarver, LLP, of El Segundo, California.

DEAN A. DICKIE, Miller, Canfield, Paddock and Stone, P.L.C., of Chicago, Illinois, argued for defendants-appellants. With him on the brief was RYAN C. WILLIAMS. Of counsel on the brief was GEORGE L. HAMPTON, IV, HamptonHolley LLP, of Corona Del Mar, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 29, 2013 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |